**Petition for Writ of Mandamus Denied and Memorandum Opinion filed October 31, 2011.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00949-CV

_____

## IN RE KENNETH COOPER MCAFEE, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No. 1**
**Harris County, Texas**
**Trial Court Cause No. 396,935-401**

---

## M E M O R A N D U M   O P I N I O N

On October 28, 2011, relator filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (Vernon 2004); *see also* Tex. R. App. P. 52. Relator complains that respondent, the Honorable Loyd Wright, presiding judge of Probate Court No. 1, abused his discretion by granting a motion to compel discovery. Relator requests we direct the trial court to vacate his order of October 6, 2011. Relator also filed an

emergency motion seeking a stay of the trial court proceedings pending our determination of the petition.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus and motion for emergency stay.


PER CURIAM


Panel consists of Justices Brown, Boyce, and McCally.

2